UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Rose Carbone
                            Plaintiff,

v.                                              Case No.: 1:15−cv−04286
                                                Honorable Charles R. Norgle Sr.

American Airlines
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 21, 2015:

   MINUTE entry before the Honorable Charles R. Norgle: Case dismissed without prejudice, with each party to bear his, her, or its own costs and attorneys' fees. The dismissal will automatically convert to a dismissal with prejudice thirty (30) days from the filing of the Stipulation unless prior to that date a party files a motion for additional time to file a motion to reinstate or a motion to enforce the parties' executed settlement agreement. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.